ACCEPTED
01-15-00700-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/12/2015 2:18:01 PM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00700-CR

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/12/2015 2:18:01 PM
CHRISTOPHER A. PRINE
Clerk

### IN THE FIRST COURT OF APPEALS AT HOUSTON, TEXAS

LEROY EDWARD JANECKA, JR.

Defendant – Appellant

vs.

THE STATE OF TEXAS

Plaintiff – Appellee

On Appeal from the Second 25th District Court
of Colorado County, Texas
Hon. Michael McCormick Presiding
Trial Court Cause No. 15-042-CR

### APPELLANT'S MOTION TO DISMISS APPEAL

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Appellant Leroy Edward Janecka, Jr. files this motion to dismiss appeal, and in support thereof respectfully states as follows:

Appellant wishes to dismiss this appeal because he has entered into a plea agreement in Trial Court Cause No. 15-096-CR, *State v. Leroy Edward Janecka*, with the agreement being that No. 15-096-CR would be dismissed if this appeal was dismissed. Mr. Janecka has consulted with his attorney on appeal in this case, and with the Colorado County Public Defender's Office,

which represents him in the case just referenced.  Attached to this motion is the November 2, 2015 letter from the Colorado County Public Attorney's Office addressed to this writer discussing that agreement, which is signed by both Mr. Janecka and his trial counsel in No. 15-096-CR. Accordingly, appellant Leroy Edward Janecka, Jr. asks this court to dismiss this appeal.  Pursuant to Tex. R. App. P. 42.2(a), appellant has signed this motion indicating he wishes to have this appeal dismissed.

WHEREFORE, PREMISES CONSIDERED, appellant Leroy Edward Janecka, Jr. respectfully prays that this court grant this motion and dismiss the appeal.

Respectfully submitted,

_____
LEROY EDWARD JANECKA, JR.

and

_____
GREGORY SHERWOOD
ATTORNEY
P.O. Box 200613
Austin, Texas 78720-0613
(512) 484-9029
Texas Bar No. 18254600

Court-Appointed Attorney on Appeal
for appellant Leroy Edward Janecka, Jr.

2

## CERTIFICATE OF SERVICE

I hereby certify that this document was served by first class U.S. mail upon the attorney representing the State in this appeal, County Attorney Jay E. Johannes, Colorado County Attorney's Office, Colorado County Courthouse, 400 Spring, Room 204, Columbus, Texas 78934, and upon the attorney representing appellant in Trial Court No. 15-096-CR, Louis A. Gimbert, Colorado County Public Defender's Office, 400 Spring Street, Suite 102, Columbus, Texas 78934, on November 12, 2015.

_____
GREGORY SHERWOOD

## Certification of Word Count Compliance

According to the WordPerfect program used to create this document,

there are 377 words in this document.

_____
GREGORY SHERWOOD

3